# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS

NEW YORK, NEW YORK 10036

(212) 223-0400

December 31, 2015
ID: 001985.00178
Bill#: 224669

Wells Fargo Bank, N.A.
Wells Fargo - Law Department
One Wachovia Center
301 South College Street, D1053-300
Charlotte, North Carolina 28202
Attn: Susan Iossa

## FOR PROFESSIONAL SERVICES RENDERED

RE: Bivona & Cohen PC
WF2011024462

| Date | Description Of Services | ID | Hours |
|------|------------------------|-----|-------|
| 12/01/15 | Review memo endorsement regarding Strauss letter; consider need for correction; | NS | .10 |
| 12/01/15 | Email S. Iossa regarding Strauss letter to court regarding Bivona - Cohen; | NS | .10 |
| 12/01/15 | Exchange emails with S. Iossa regarding submissions regarding damages; | NS | .10 |
| 12/04/15 | Review Bivona letter regarding need for discovery to consider issues, arguments raised, discovery history, issues for response; | NS | .50 |
| 12/04/15 | Review correspondence from Bivona to Court regarding discovery demands; | DSH | .30 |
| 12/04/15 | Consideration of strategy regarding reply; | DSH | .30 |

ZEICHNER ELLMAN & KRAUSE LLP  
Wells Fargo - Law Department  
Page 2

December 31, 2015  
ID: 001985.00178  
Bill#: 224669

| Date | Description | Atty | Hours |
|---|---|---|---|
| 12/07/15 | Preparation of correspondence with Judge Gorenstein regarding discovery; | DSH | 2.40 |
| 12/08/15 | Review draft letter to Court to consider information needed; | NS | .30 |
| 12/08/15 | Review D. Hamilton email regarding his discussion with S. Ottman regarding ▮; | NS | .10 |
| 12/08/15 | Preparation of draft letter response to Judge Gorenstein; | DSH | 1.60 |
| 12/08/15 | Consideration of New York law regarding payments, guaranty, ▮▮▮; | DSH | 1.50 |
| 12/08/15 | Review documents referenced in Bivona's letter to Court, including payment history, check charts; | DSH | 1.40 |
| 12/08/15 | Telephone conference with office of Ms. Ottman regarding ▮; | DSH | .10 |
| 12/08/15 | Telephone conference with Ms. Ottman regarding ▮; | DSH | .20 |
| 12/09/15 | Email S. Ottman regarding ▮; | NS | .20 |
| 12/09/15 | Review, compare collection history with reconciliation; | NS | .20 |
| 12/09/15 | Telephone conference with S. Ottman regarding ▮; | NS | .40 |
| 12/09/15 | Consideration of revisions of letter to court; | DSH | .30 |
| 12/10/15 | Email client regarding strategy for response to Strauss letter; | NS | .10 |
| 12/10/15 | Consider strategy for response to Strauss letter; | NS | .20 |

ZEICHNER ELLMAN & KRAUSE LLP  
Wells Fargo - Law Department  
Page 3

December 31, 2015  
ID: 001985.00178  
Bill#: 224669

| Date | Description | Atty | Hours |
|---|---|---|---|
| 12/10/15 | Review, consider documents forwarded by S. Ottman; | NS | .30 |
| 12/10/15 | Review of documents for checks sent to Wells Fargo. | MKM | 1.50 |
| 12/10/15 | Telephone conference with ediscovery regarding accessing system; | MKM | .50 |
| 12/11/15 | Attention to missing information; | NS | .30 |
| 12/11/15 | Review ZEK correspondence regarding check collections, delivery to client; | NS | .40 |
| 12/11/15 | Email S. Ottman regarding █████; | NS | .10 |
| 12/11/15 | Review Ottman deposition regarding █████ █████████████; | NS | .50 |
| 12/11/15 | Review of documents produced by Wells Fargo; | NS | .40 |
| 12/11/15 | Consider discovery issued by Strauss; | NS | .40 |
| 12/11/15 | Revise letter to Gorenstein; | NS | 1.30 |
| 12/11/15 | Review Strauss letter to Court regarding Bivona - Cohen amended complaint; | NS | .10 |
| 12/11/15 | Review Court email regarding endorsement to Strauss letter; | NS | .10 |
| 12/11/15 | Review additional documents produced in discovery; | NS | .20 |
| 12/11/15 | Review of checks sent to Wells Fargo. | MKM | 3.00 |
| 12/11/15 | Consideration of documents produced relevant to letter to court, documents from vendor, documents regarding collection; | DSH | 2.90 |
| 12/11/15 | Review Ottman transcript to determine █████ ████████████████████; | DSH | .60 |

ZEICHNER ELLMAN & KRAUSE LLP  
Wells Fargo - Law Department  
Page 4

December 31, 2015  
ID: 001985.00178  
Bill#: 224669

| Date | Description | Atty | Hours |
|---|---|---|---|
| 12/11/15 | Preparation of memo regarding ▇▇▇▇▇▇▇▇▇▇▇▇; | DSH | .50 |
| 12/11/15 | Consideration of number, timing, of deposition notices previously served by Bivona; | DSH | .40 |
| 12/14/15 | Review emails, documents received from S. Ottman to consider issues, arguments for letter to Court regarding same; | NS | .70 |
| 12/14/15 | Telephone conference with S. Ottman regarding need for additional information for letter to Court; | NS | .30 |
| 12/14/15 | Revise letter to Court; | NS | 1.80 |
| 12/14/15 | Consider Tepedino deposition regarding collection; | NS | .20 |
| 12/14/15 | Telephone conference with S. Ottman regarding letter to Court; | NS | .20 |
| 12/14/15 | Attention to e-filing correspondence re Bivona's Letter for Discovery; | MA | .20 |
| 12/14/15 | Review document production. | MKM | 3.00 |
| 12/14/15 | Telephone conference with ediscovery regarding system. | MKM | .10 |
| 12/14/15 | Review Tepedino transcript to determine ▇▇▇▇▇▇▇▇▇▇▇▇; | DSH | .40 |
| 12/14/15 | Revisions of letter to Judge Gorenstein; | DSH | 2.00 |
| 12/14/15 | Collection of documents to be attached to letter as exhibits; | DSH | 1.80 |
| 12/14/15 | Finalizing letter for service, filing; | DSH | 1.50 |
| 12/14/15 | Review documents, working with paralegal, to locate copies of checks, reimbursement letters to rebut Bivona's contentions; | DSH | 2.80 |

| Date | Description | Atty | Hours |
|---|---|---|---|
| 12/15/15 | Reply to Ottman email regarding ▇▇▇▇▇▇▇▇▇▇▇▇; | NS | .10 |
| 12/23/15 | Review decision denying discovery request; | NS | .20 |
| 12/28/15 | Exchange emails with client regarding decision; | NS | .10 |
| 12/28/15 | Consideration of strategy ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. | SFE | .20 |
| 12/29/15 | Attention to e-filing letter to Judge Gorenstein; | MA | .20 |

**TOTAL FEES**  11,263.28

**Billing Rate Summary**

| ID | Name | Rate | Hours |
|---|---|---|---|
| NS | Nathan Schwed | 472.76 | 10.00 |
| SFE | Stephen F Ellman | 494.50 | .20 |
| MA | Michael Antonivich | 223.00 | .40 |
| MKM | Marion K Millnamow | 188.00 | 8.10 |
| DSH | David S Hamilton | 229.75 | 21.00 |

**TOTAL FEES PLUS EXPENSES**  $ 11,263.28